IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CALVIN B. JAMES,　　　　　　　　　)
　　　　　　　　　　　　　　　　　 )
　　　Plaintiff,　　　　　　　　　 )
　　　　　　　　　　　　　　　　　 )
v.　　　　　　　　　　　　　　　　 )　　CASE NO. CV418-293
　　　　　　　　　　　　　　　　　 )
BOBBY CHRISTINE, United　　　　　 )
States Attorney; and JENNIFER　　 )
J. KIRKLAND, Assistant United　　 )
States Attorney;　　　　　　　　　)
　　　　　　　　　　　　　　　　　 )
　　　Defendants.　　　　　　　　　)
　　　　　　　　　　　　　　　　　 )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 5), to which no objections have been filed. After a careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 4th day of March 2019.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA