# United States District Court
## Southern District of Georgia

Calvin B. James

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV418-293

U.S. Attorney Bobby L. Christine, A.U.S.A. Jennifer J. Kirkland

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated March 4, 2019, adopting the Report and Recommendation of the Magistrate Judge as the opinion of this Court. Plaintiff's complaint is dismissed without prejudice. This action stands closed.

| | |
|---|---|
| March 4, 2019 | Scott L. Poff |
| Date | Clerk |
| | *(signature)* |
| | (By) Deputy Clerk |